No. 04–10194. KEY *v.* BETT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 04–10195. BRYANT *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 04–10196. BELL *v.* YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10197. JONES *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–10198. LAMBERT *v.* RUNNELS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–10202. WILLIAMS *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 04–10206. YEKIMOFF *v.* SEASTRAND ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–10207. PARTIN *v.* ARKANSAS. C. A. 8th Cir. Certiorari denied.

No. 04–10209. NELSON *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 04–10214. BOGLE *v.* OREGON EX REL. DEPARTMENT OF HUMAN SERVICES ET AL. Ct. App. Ore. Certiorari denied.

No. 04–10215. BLACKWELL *v.* WILLIAMSON. C. A. 9th Cir. Certiorari denied.

No. 04–10216. ROUSE *v.* KENNEDY. Sup. Ct. Mich. Certiorari denied.

No. 04–10217. MENJIVAR *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–10223. FRANGIE *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04–10224. JACKSON *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.